HONORABLE S. R. Underhill (Crim-Sent April, 2007)
DEPUTY CLERK B. Shalbi    RPTR/ERO/TAPE Catucci
USPO Chris Rogers    INTERPRETER _____

TOTAL TIME: ___ hours 55 minutes

DATE 4-16-08    START TIME 2:05    END TIME 3:00

CR. No. 3:06CR120    DEFT # _____

UNITED STATES OF AMERICA
vs.
Raul Reyes, aka "Papa"

AUSA James Smart

Defense Counsel Robert Lacobelle

## SENTENCING

- [x] ☑ Sentencing held  ☐ Sentencing continued until _____ at _____
- [ ] Deft failed to appear, Bench warrant to issue
- [ ] Court departs ☐ upward from the guidelines ☐ downward from the guidelines
- [x] **60** month(s) imprisonment on Count(s) **One** of superseding/indictment/information and ___ month(s) imprisonment on Count(s) ___ of superseding/indictment/information
- [ ] Sentence on Count(s) ___ shall run ☐ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) ___ ☐ to state sentence
- [x] Deft shall get credit for time served on Count(s) **One**
- [x] Upon release the defendant shall be on supervised release for a term of **Five** years/months.
- [ ] Deft placed on probation for a period of ___ years/months on Count(s) ___ of superseding/indictment/information
- [ ] Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied
- [ ] Preliminary Order of Forfeiture is outstanding.
- [x] Final Order of Forfeiture, filed.
- [x] Deft shall pay a fine of $ **1200.00** on Count(s) **One** to be paid by through Inmate Financial Responsibility Program ☐ in installments of $ ___ per ___ for a total of $ ___
- [x] A Special Assessment of ☐ $25.00 ☐ $50.00 ☑ $100.00 is imposed as to each of Count(s) ___ for a total of $ ___ to be paid immediately
- [x] Court recommends incarceration at **FCI Fairton or Fort Dix**
- [ ] Deft shall pay $ ___ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)
- [ ] Deft ordered to surrender on ___ to ☐ U.S. Marshal ☐ institution
- [ ] Bond ☐ continued ☐ set at $ ___
- [x] Deft remanded to the custody of the U. S. Marshal
- [ ] Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED
- [x] Govt's oral motion to dismiss remaining counts - ☑ GRANTED ☐ DENIED
- [ ] PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
- [ ] Deft shall participate in the 500 hour drug rehabilitation treatment program.

☑ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

CONDITIONS OF ☒ SUPERVISED RELEASE ☐ PROBATION:

☒ Mandatory Conditions: 1,2,4,6,8  ☑ Standard Conditions - all

☐ Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month ☐ payable to _____

☑ Deft shall be fined $1,200.00 on Count(s) one to be paid ~~during the defendant's period of ☐ supervised release ☐ probation ☐ on a schedule to be determined by USPO.~~ through Inmate Fiscal Responsibility Program.

☐ Deft shall obtain a psychiatric and/or psychological evaluation and/or ☐ in-patient ☐ out-patient counseling as deemed necessary by USPO.

☑ Deft shall obtain substance abuse treatment and/or ☐ in-patient ☐ out-patient counseling as deemed necessary by USPO.

☑ Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by probation.

☑ Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.

☐ Deft. shall receive educational and/or vocational training as deemed necessary by USPO.

☐ Deft shall pay the cost of supervision of $_____ per month.

☐ Deft shall perform community service for a period of _____ hours per week for _____ year(s) for a total of _____ hours.

☑ Deft shall obtain and maintain full employment.

☑ Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind.

☐ Deft is confined to his/her home for a period of _____ months ☐ with electronic monitoring ☐ without electronic monitoring.

☐ Deft shall pay the costs of electronic monitoring.

☐ Deft is sentenced to community confinement (Halfway House) for a period of _____ months.

☐ During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented.

☐ Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

☐ If Deft. Is deported, (s)he will not reenter the United States without obtaining advance written permission from the United States Attorney General and without giving advance written notice to the United States Attorney's Office in Connecticut and the United States Probation Office in Connecticut.

☐ _____